UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

NICHOLAS GILBERT, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

EXCELLUS HEALTH PLAN, INC., a New York Corporation,

        Defendant.

**STIPULATION**

Civil Action No.: 15-cv-6570-EAW

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties, that the time within which defendant Excellus Health Plan, Inc. may answer or otherwise respond to the Complaint is hereby extended thirty (30) days up to and including November 21, 2015.

No provision of this Stipulation shall be construed as a waiver of, and defendants expressly reserve, any and all defenses.

There has been no previous request for extension of time in connection with this matter.

Dated: October 21, 2015

| LAW OFFICE OF THOMAS R. MONKS, ESQ. | PHILLIPS LYTLE LLP |
|---|---|
|   s/Thomas R. Monks   | By:   s/John G. Schmidt Jr.   |
|     Thomas R. Monks, Esq. |     John G. Schmidt Jr., Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| *Nicholas Gilbert* | *Excellus Health Plan, Inc.* |
| 183 East Main Street | One Canalside |
| Suite 1400 | 125 Main Street |
| 585-232-3900 | Buffalo, New York  14203 |
| trm@remgiff.com | 716-847-8400 |
| | jschmidt@phillipslytle.com |

EDELSON PC
Ari J. Scharg (*pro hac vice* pending)
Benjamin S. Thomassen (*pro hac vice* pending)
Attorneys for Plaintiff
*Nicholas Gilbert*
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
312-589-6370
ascharg@edelson.com
bthomassen@edelson.com

Doc #01-2897845