UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                           :

NICHOLAS GILBERT, individually and on     :     Case No.: 15-cv-06570-EAW
behalf of all others similarly situated,        :

                           :     **NOTICE OF RULE 41**

         *Plaintiff,*                :     **VOLUNTARY DISMISSAL**

                           :

     *v.*                          :

                           :

EXCELLUS HEALTH PLAN, INC., a        :
New York corporation,               :

                           :

        *Defendant.*             :

                           :

-------------------------------------------------------------x

        PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), Plaintiff Nicholas Gilbert hereby voluntarily dismisses his action, Case No. 15-

cv-06570-EAW, without prejudice.

                         Respectfully submitted,

                         **NICHOLAS GILBERT,**

Dated: October 28, 2015              By: /s/ _[signature]_
                         One of Plaintiff's Attorneys

                         Thomas R. Monks
                         trm@tmonkslaw.com
                         THOMAS R. MONKS, ESQ.
                         183 East Main Street, Suite 1400
                         Rochester, New York 14604
                         Tel: 585.232.3900